DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CARRABBA'S ITALIAN GRILL, LLC; BLOOMIN BRANDS, INC.; and
JASON LALLOZ,

Petitioners,

v.

CHERYL WESLEY; TWT RESTAURANT DESIGN, CONSTRUCTION &
DEVELOPMENT COMPANY; and GREEN ROOFING TECHNOLOGIES,
INC.,

Respondents.

No. 2D23-1693
_____

January 10, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; James M. Barton, II, Senior Judge and J. Logan Murphy, Judge.

Scott P. Yount, Madeline S. Villani, and George M. Duncan of Garrison,
Yount, Forte & Mulcahy, L.L.C., Tampa, for Petitioners.

Thomas J. Seider of Brannock Berman & Seider, Tampa, and Kevin Britt
Woods of Woods Trial Law, Tampa, for Respondent Cheryl Wesley.

Sharon C. Degnan of Kubicki Draper, Orlando, for Respondent TWT
Restaurant Design, Construction and Development Company.

No appearance for remaining Respondent.

PER CURIAM.

    Denied.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.